1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12 WILLIAM JANKORD,              )
                                 )
13       Plaintiff,              )  CIVIL NO.  05-02197 JW
                                 )
14       v.                      )  STIPULATION AND ORDER
                                 )  APPROVING COMPROMISE
15 JO ANNE B. BARNHART,          )  SETTLEMENT OF ATTORNEY
   Commissioner of Social Security, ) FEES PURSUANT TO THE EQUAL
16                               )  ACCESS TO JUSTICE ACT
         Defendant.              )
17 _____)

18       The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with

19 defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned

20 counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

21       1. Defendant shall pay TWO THOUSAND ONE HUNDRED AND SEVENTY DOLLARS

22 ($2,170.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this

23 court action. [1]  The check is to be payable to plaintiff's counsel:

24                        TERRY LAPORTE
                  125 SOUTH MARKET ST., SUITE 1075
25                       SAN JOSE, CA 95113
                  (408) 293-8810; FAX (408) 292-7673
26                      tlaporte@ix.netcom.com

27       2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not

28 constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

---

1/.  This amount includes costs.

<mark>
<mark>
<mark>
<mark>
<mark>
<mark>
<mark>
<mark>
<mark>

Act.

3. Payment of the TWO THOUSAND ONE HUNDRED AND SEVENTY DOLLARS ($2,170.00) EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this court action.

Dated:  December 20, 2005  
      /s/  
TERRY LAPORTE  
Attorney for Plaintiff

KEVIN V. RYAN  
United States Attorney

Dated:  December 20, 2005     By:    /s/  
SARA WINSLOW  
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: Dec. 5, 2006

JAMES WARE  
United States District Judge

JANKORD, EAJA STIP (ss)  
C 05-02197 JW           2